## THE PEOPLE EX REL JOHN W. JOCHIM V. CORNELIUS KENNEDY.

*Counting Ballots.*

Where John W. Jochim was a candidate for election in a district
    in which there was no other John Jochim, ballots cast for
    John Jochim were presumptively intended for John W. Jochim,
    and should have been counted for him.

Error to Marquette.  Submitted and decided June 13.

INFORMATION in the nature of a Quo Warranto.    The
facts are stated.

Attorney General *Otto Kirchner* and *Ball & Owen* for
the relator.    The law knows but one Christian name.
*Thompson v. Lee*, 21 Ill., 242; *Roosevelt v. Gardinier*, 2
Cow., 463; *Milk v. Christie*, 1 Hill, 105; *Franklin v. Tal-
madge*, 5 Johns., 84; *Erskine v. Davis*, 25 Ill., 251; *Bletch
v. Johnson*, 40 Ill., 116.    See *People v. Cicott*, 16 Mich.,
283; dissenting opinion, Id., 319.

PER CURIAM.    At an election for city treasurer of Ishpeming, votes were cast as follows: For Cornelius Kennedy, 392; for John W. Jochim, 380; for John Jochim, 18.    It did not appear that there were two persons named John Jochim in Ishpeming, and there was an offer to show the contrary.    *Held*, that the ballots cast for John W. Jochim and John Jochim were presumptively intended for the same person and should be so counted.

Judgment for relator.